# EXHIBIT A

Case 1:05-cv-00637-GMS    Document [barcode] Filed [...] Page [...]

US006914930B2

(12) **United States Patent**    (10) **Patent No.:**    **US 6,914,930 B2**
Raskin et al.    (45) **Date of Patent:**    **Jul. 5, 2005**

(54) **LASER LEVEL**

(75) Inventors: **James R. Raskin**, Ellicott City, MD
(US); **Jeffrey A. Cooper**, Ellicott City,
MD (US); **James D. Marshall**,
Mallorytown (CA); **Oleksiy P.
Sergyeyenko**, Brockville (CA);
**Thomas J. Wheeler**, Pomona, CA (US)

(73) Assignee: **Black & Decker Inc.**, Newark, DE
(US)

( * ) Notice: Subject to any disclaimer, the term of this
patent is extended or adjusted under 35
U.S.C. 154(b) by 59 days.

(21) Appl. No.: **10/277,474**

(22) Filed: **Oct. 22, 2002**

(65) **Prior Publication Data**

US 2003/0231303 A1 Dec. 18, 2003

**Related U.S. Application Data**

(60) Provisional application No. 60/384,673, filed on May 31,
2002.

(51) **Int. Cl.$^7$** ........................... **H01S 3/00; G01B 11/26**
(52) **U.S. Cl.** ........................... **372/109**; 33/286; 33/290
(58) **Field of Search** ........................... 372/109; 33/286,
33/290, 285, 291

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,771,876 A | * | 11/1973 | Ljungdahl et al. | .......... 356/138 |
| 4,099,118 A | | 7/1978 | Franklin et al. | |
| 4,993,161 A | * | 2/1991 | Borkovitz | .................... 33/291 |
| 5,075,977 A | | 12/1991 | Rando | |
| 5,459,932 A | * | 10/1995 | Rando et al. | ................. 33/291 |
| 5,572,796 A | * | 11/1996 | Breda | ......................... 33/283 |
| 5,594,993 A | | 1/1997 | Tager et al. | |
| 5,754,582 A | * | 5/1998 | Dong | ........................ 372/107 |
| 5,872,657 A | | 2/1999 | Rando | |
| 5,914,778 A | * | 6/1999 | Dong | ........................ 356/247 |
| 6,009,630 A | | 1/2000 | Rando | ........................ 33/365 |
| 6,035,540 A | * | 3/2000 | Wu et al. | ..................... 33/286 |
| 6,202,312 B1 | | 3/2001 | Rando | ........................ 33/227 |
| 6,211,662 B1 | | 4/2001 | Bijawat et al. | |

| | | | |
|---|---|---|---|
| 6,351,890 B1 | | 3/2002 | Williams |
| 6,502,319 B1 | | 1/2003 | Goodrich et al. | .............. 33/286 |
| 2003/0229997 A1 | * | 12/2003 | Gamal et al. | ................. 33/290 |

FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| DE | 029716316 | * | 9/1997 | ........... G01C/9/06 |
| DE | 199 11 542 A | | 6/2000 | |
| EP | 0819911 | | 7/1996 | .......... G01C/15/00 |
| EP | 0819911 A1 | * | 1/1998 | .......... G01C/15/00 |
| JP | 8-271253 | | 10/1996 | |
| JP | 10-213436 | | 8/1998 | |
| JP | 2000-88573 | | 3/2000 | |
| WO | WO 02/093108 | * | 11/2002 | ........... G01B/11/26 |

OTHER PUBLICATIONS

Conal Clynch, Search Report Application No.
GB0301618.5, Mar. 24, 2003.
Conal Clynch, Search Report Application No.
GB0301641.7, Mar. 24, 2003.
M. Santos, European Search Report Application No. EP 03
00 1590, Oct. 19, 2004, The Hague.
Annex to the European Search Report on European Patent
Application No. EP 03 00 1590.
M. Santos, European Search Report Application No. EP 03
00 1592, Oct. 20, 2004, The Hague.
Annex to the European Search Report on European Patent
application No. EP 03 00 1592.
M. Santos, European Search Report Application No. EP 03
00 1591, Oct. 22, 2004, The Hague.
Annex to the European Search Report on European Patent
Application No. EP 03 00 1591.

* cited by examiner

*Primary Examiner*—Don Wong
*Assistant Examiner*—Leith A Al-Nazer
(74) *Attorney, Agent, or Firm*—Adan Ayala

(57) **ABSTRACT**

A laser level disposable on a reference surface includes a
housing, a pendulum pivotably connected to the housing, a
first laser diode disposed on the pendulum for emitting a first
laser beam along a first path, and a lens disposed on the
pendulum in the first path for converting the first laser beam
into a first planar beam, the first planar beam forming a line
on the reference surface.

**55 Claims, 9 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3A



FIG. 3B



FIG. 3C



FIG. 3D



FIG. 3E



FIG. 4A



FIG. 4B

FIG. 4C



FIG. 4D



FIG. 4E



FIG. 4F



FIG. 4G



FIG. 5A



FIG. 5B



FIG. 6A

FIG. 6B

FIG. 7



FIG. 9



FIG. 8A

FIG. 8B



FIG. 10A

FIG. 10B

FIG. 10C



FIG. 10D



FIG. 11

FIG. 12



FIG. 13A          FIG. 13B



FIG. 14

US 6,914,930 B2

1

# LASER LEVEL

## CROSS-REFERENCE TO RELATED APPLICATIONS

The present application claims priority under 35 USC § 119(e) of U.S. Application No. 60/384,673, filed on May 31, 2002, now pending.

## FIELD OF THE INVENTION

This invention relates generally to laser instruments and specifically to laser levels.

## BACKGROUND OF THE INVENTION

Laser levels have been used in construction for many years. They typically seek to produce a plane of light for a reference for construction projects. Laser levels have been used for large scale construction projects like commercial excavating, laying foundations, and installing drop ceilings. Laser levels save considerable time during initial layout of a construction job compared to other tools such as beam levels, chalk lines, or torpedo levels. Some examples of jobs where laser levels would be useful include laying tile, mounting cabinets, installing counter tops, and building outdoor decks.

It is an object of the present invention to provide a laser level that is inexpensive and usable by the general public.

## SUMMARY OF THE INVENTION

In accordance with the present invention, an improved laser level is employed. The laser level disposable on a reference surface includes a housing, a pendulum pivotably connected to the housing, a first laser diode disposed on the pendulum for emitting a first laser beam along a first path, and a lens disposed on the pendulum in the first path for converting the first laser beam into a first planar beam, the first planar beam forming a line on the reference surface.

Additional features and benefits of the present invention are described, and will be apparent from, the accompanying drawings and the detailed description below.

## BRIEF DESCRIPTION OF THE DRAWINGS

The accompanying drawings illustrate preferred embodiments of the invention according to the practical application of the principles thereof, and in which:

FIG. 1 is a perspective view of a first embodiment of a laser level according to the invention;

FIG. 2 is a cross-sectional view of the laser level of FIG. 1;

FIG. 3 illustrates different laser diode/lens arrangements, where FIG. 3A is a partial cross-sectional front view of an arrangement, and FIGS. 3B–3E are top views of alternate arrangements;

FIG. 4 illustrates another laser diode/lens arrangement, where FIG. 4A is a partial cross-sectional top view of such arrangement, FIG. 4B is an augmented view of FIG. 4A; FIG. 4C is a partial cross-sectional view along line IV—IV of FIG. 4B, FIG. 4D is an augmented top drawing of the lens in FIG. 4A, FIG. 4E is an augmented top drawing of a first alternate lens, FIG. 4F is a front view of a second alternate lens, and FIG. 4G is a cross-sectional view along line G—G of FIG. 4F;

2

FIG. 5 illustrates the laser level being used with a target, where FIGS. 5A–5B are front and top views, respectively;

FIG. 6 illustrates the target of FIG. 5, where FIGS. 6A–6B show the target independently and with the laser level, respectively;

FIG. 7 is a wall hanging assembly for the laser level;

FIG. 8 is a partial cross-section of a second embodiment of the laser level, where FIGS. 8A–8B show the laser level in vertical and inclined positions, respectively;

FIG. 9 illustrates a pendulum lock mechanism according to the invention;

FIG. 10 illustrates a third embodiment of the laser level, where FIGS. 10A–10C show a laser assembly disposed on right, top and left positions, respectively, and FIG. 10D is an exploded diagram of the laser level;

FIG. 11 is a block diagram of the components of the laser level;

FIG. 12 is an alternate block diagram of the components of the laser level;

FIG. 13 illustrates a fourth embodiment of the laser level, where FIGS. 13A–13B are perspective and cross-sectional views of the laser level, respectively; and

FIG. 14 illustrates another wall hanging assembly for the laser level.

## DETAILED DESCRIPTION

The invention is now described with reference to the accompanying figures, wherein like numerals designate like parts. Referring to FIGS. 1–2, a laser level 10 may have a housing 11. The housing 11 may have a top portion 11T and a bottom portion 11B. The housing may also have a hole 12 extending through the housing 11. The hole 12 preferably extends through the top portion 11T. The perimeter of the hole 12 may be defined by an inner wall 11I.

The top portion 11T may carry a pendulum assembly 30. Preferably, the pendulum assembly 30 has a main body 31, which may be made of metal or plastic. Main body 31 may be disposed on a knife edge 11K at portion 32. Knife edge 11K may be connected to and/or supported by inner wall 11I. Alternatively, knife edge 11K maybe connected to and/or supported by housing 11. Persons skilled in the art will recognize that pendulum assembly 30 may be supported by means other than knife edge 11K, such as a pin, bearing, point or other pendulous means.

The main body 31 may carry at least one laser assembly 40 and preferably two laser assemblies 40 disposed left and right of the knife edge 11K. Persons skilled in the art will recognize that a laser assembly 40 may disposed above knife edge 11K. Persons skilled in the art will also recognize that the laser assemblies 40 will emit laser beams. Accordingly, it is preferable to provide housing 11 with windows 13 to allow the laser beams to exit from housing 11.

Persons skilled in the art will recognize that such arrangement will provide a self-leveling pendulum assembly that will emit substantially horizontal laser beams (and a substantially vertical laser beam if a laser assembly 40 is disposed above knife edge 11K and is directed upwardly) when laser level 10 is disposed against a wall. Persons skilled in the art will also recognize that it is preferable to

US 6,914,930 B2

3

allow laser assembly **40** to be angularly adjusted along a vertical plane relative to main body **31**, to ensure that the projected laser beam is substantially horizontal when the main body **31** is at its stationary position.

A possible adjustment arrangement is shown in FIG. **8A**, where laser assembly **40** has a barrel **41** carrying the laser diode and lens(es) (not shown). Barrel **41** may be disposed on a pin **38** supported by main body **31**. A spring **39** preferably disposed between barrel **41** and main body **31** may bias barrel **40** upwardly against set screw **37**. Set screw **37** is preferably disposed on main body **31** and contacts barrel **41** to stop rotation of barrel **41** about pin **38**, and set the position of barrel **41** (and thus of laser assembly **40**). Persons skilled in the art will recognize that the set screw **37** is preferably locked in place using a locking compound such as Loc-Tite.

A second possible adjustment arrangement is also shown in FIG. **8A**, where like numerals refer to like parts. In this arrangement, barrel **41** may be disposed against a protrusion **31P** by main body **31**. A spring **39'** preferably disposed between barrel **41** and main body **31** may bias barrel **40** downwardly against set screw **37**. Set screw **37** is preferably disposed on main body **31** and contacts barrel **41** to stop rotation of barrel **41** about protrusion **31P**, and set the position of barrel **41** (and thus of laser assembly **40**). Persons skilled in the art will recognize that the set screw **37** is preferably locked in place using a locking compound such as Loc-Tite.

Referring to FIGS. **1–2**, main body **31** may also have weights **33** to provide a lower center of gravity, and enhance the performance of the pendulum assembly **30**. In addition, main body **31** may have at least one adjustment screw **33A** to adjust the center of gravity of pendulum assembly **30**, as necessary.

Main body **31** may also have a plaque **33M**, made of magnetic material, ferrous material or non-ferrous conductive material, such as zinc or copper. Plaque **33M** preferably is aligned with at least one magnet (and preferably two magnets) disposed in housing **11**, e.g., on the inside of the front and rear walls of housing **11**, for providing a damping action on pendulum assembly **30**. Basically, eddie currents are generated within plaque **33M**, as the plaque moves and interacts with the magnetic field supplied by the magnet(s).

Persons skilled in the art shall recognize that pendulum assembly **30** is preferably wholly contained within housing **11**. However, the pendulum assembly **30** may be at least partly, if not completely, disposed outside of housing **11**.

Persons skilled in the art shall recognize that a damping mechanism for damping the motion of pendulum assembly **30** may be provided. Persons skilled in the art are directed to the damping mechanism disclosed in U.S. Pat. No. 5,144,487, which is wholly incorporated by reference herein, as well as to its equivalents.

The bottom portion **11B** of housing **11** may carry a battery **50** for powering the laser assemblies **40**. In addition, the bottom portion **11B** may carry a stud sensor circuit **20**. The circuitry of the stud sensor circuit **20** is not illustrated herein. Persons skilled in the art are referred to U.S. Pat. Nos. 4,099,118 and 4,464,622, which are wholly incorporated herein by reference.

4

As is well known in the art, the stud sensor circuit **20** may include an on/off actuator or switch **21**, which can be a push-button type actuator. Stud sensor circuit **20** may also include light emitting diodes **22** to display the location of a stud.

It is preferable to align the sensors within stud sensor circuit **20** with the center of hole **12**, so that the center of hole **12** indicates the location of the stud.

Persons skilled in the art should recognize that detector circuits other than stud sensor circuit **20** may be provided in laser level **10**. Preferably, these detector circuits can detect features underneath a surface, such as a wall or floor. These features may include pipes or wires. Circuits for pipe and wire detectors, as well as other detector circuits, are well known in the art.

The housing **11** may be formed from a hard impact resistant, preferably moldable material such as a hard thermoplastic material such as ABS or polystyrene. It is preferable to provide a grip **14** on bottom portion **11B**. Grip **14** may be made of a soft or low durometer thermoplastic elastomer. In addition, grip **14** can be formed from any of the so-called "soft-touch" elastomer materials, such as those sold under the tradenames "Santoprene", "Kraton" and "Monprene," and are preferably adhered or overmolded to the housing **11**.

Referring to FIGS. **2–3**, laser assemblies **40** are disposed on main body **31**. Laser assembly **40** may include a substantially cylindrical barrel **41**, which may be adjustably connected to main body **31**, laser diode **42** disposed in barrel **41**, and a line lens **43** disposed in barrel **41**. Persons skilled in the art will recognize that in the preferred embodiment, adjusting barrel **41** will result in moving laser diode **42** and line lens **43**. In addition, persons skilled in the art will recognize that a collimating lens may be disposed between laser diode **42** and line lens **43**.

Preferably, line lens **43** converts the laser beam exiting laser diode **42** into a planar beam. Line lens **43** may have different shapes to accomplish such purpose. For example, as shown in FIGS. **3B–3D**, line lenses **43A**, **43B**, **43C** may have a substantially circular cross-section, half-circle cross-section or quarter-circle cross-section, respectively. Alternatively, line lens **43D** may have a compound cross-section, which includes a rectangle connected to a quarter-circle.

Accordingly, when laser level **10** is disposed against a wall, laser assembly **40** will preferably emit a laser plane that contacts the wall, forming a laser line on the wall. Persons skilled in the art will recognize that it is preferable to orient the laser assemblies **40** in such manner so that at least a portion of the laser plane will contact the wall. In addition, persons skilled in the art will recognize that providing laser assemblies **40** on the pendulum assembly **30** discussed above will preferably result in laser level **10** projecting substantially horizontal laser lines against the wall (and a substantially vertical laser beam if a laser assembly **40** is disposed above knife edge **11IK** and is directed upwardly).

Persons skilled in the art will recognize that line lenses **43B**, **43C**, **43C** will limit the angle of plane divergence. In other words, if a horizontal line HL is 0°, the plane exiting

US 6,914,930 B2

5

from line lens **43**A may extend from, for example, −30° to 30°, providing an angle of plane divergence DA of 60°. On the other hand, the plane exiting from line lenses **43**B, **43**C, **43**D may extend from, for example, 0° to 30°, providing an angle of plane divergence DA of 30°. This provides for a more efficient use of the laser beam, directing more energy towards the wall, rather than away from the wall. Persons skilled in the art will recognize that directing more energy towards the wall is preferable as it would result in a brighter laser line on the wall.

A preferred laser assembly **40**' is shown in FIG. **4**, where like numerals refer to like parts. Such laser assembly **40**' has a collimating lens **44** disposed in the laser beam path, as well as a line lens **45** disposed in the laser beam path after the collimating lens **44**. Line lens **45** is preferably a prismatic lens that includes at least two cylindrical lens forms with significantly different focal distances to generate at least two superimposed laser planes with different divergence angles and trajectories.

With such arrangement, when laser assembly **40**' is placed near a wall W, two or more lines are projected onto wall W. At least one of these lines (**L1**) may be directed to strike the wall W at a short distance along the wall surface, while another of these lines (**L2**) may be directed to strike the wall W at a longer distance. This preferably increases the overall length and/or apparent brightness of the laser line shown on the wall W. Lines L1, L2 may partially overlap or may be separated to further increase the length of the resulting laser line on wall W.

As mentioned above, line lens **45** may have two portions. One portion has a long focal distance for generating the high density line L2, i.e., having a small divergence angle. The brightness of line L2 along wall W will depend of the divergence angle H, as the smaller the divergence angle, the brighter the line at a given distance.

But a small divergence angle H will result in a laser line gap on the wall W between the laser assembly **40**' (and thus laser level **10**) and the beginning of line L2. Accordingly, it is preferable to provide line lens **45** with a second portion with a short focal distance for generating a line L1 with a lower density than the line L2, and thus having a larger divergence angle L. The larger divergence angle L will create a low density line L1 that will contact wall W closer to the laser assembly **40**', thus reducing the laser line gap left by line L2.

Persons skilled in the art will recognize that the first and second portions will have a first and second radii R1, R2, respectively. Preferably, radius R1 is substantially larger than radius R2. Persons skilled in the art will know how to select the appropriate radii, as they must be selected based on the distance from the wall W to laser assembly **40**', the desired length of laser line gap to fill up, etc.

Persons skilled in the art will recognize that the laser beam LB created by the collimating lens **42** has a generally oval cross-section. The use of the long axis of the oval allows easier positioning of the beam to pass the two portions of line lens **45**. It is desirable to orient the laser beam LB so that the short axis of the oval is aligned in the axis of the line lens **45** that offers no or minimal magnification. Accordingly, the short axis preferably provides the

6

width of laser lines L1, L2. Persons skilled in the art will recognize that a narrower width is preferable as it increases accuracy and intensity of the laser lines. In a preferred embodiment, the short and long axes are about 3 mm and about 7 mm respectively.

Persons skilled in the art will also recognize that the above discussion is preferably applicable to line lens **45**, as well as to alternate line lens **45**' (FIGS. **4**E–**4**G), except that the second portion with R2 is concave, i.e., extending into the lens, rather convex, i.e., extending out of the lens. In the embodiment of FIGS. **4**F–**4**G, line lens **45**' has radii R1, R2 of about 12.70 mm and about 0.75 mm, respectively.

It may also be preferable to provide line lens **45**' with protrusions **45**P to engage barrel **41**.

Furthermore, it is preferable to provide a means of line lens **45**' to delimit the width of the laser plane generated by laser assembly **40**'. One such means is by providing a screen **45**S on the wall **45**F closest to laser diode **42**. With such screen **45**S, the shape or width of the emitted laser plane can be controlled. For example, screen **45**S can define an unscreened line through which the laser beam is transmitted.

In the present embodiment, screen **45**S is basically a texture molded onto wall **45**F. However, persons skilled in the art will recognize that screen **45**S can be an opaque material, such as paint, metal or fabric, which is disposed on or adjacent to line lens **45**'. Furthermore, screen **45**S could be disposed on or adjacent to wall **45**R, or within line lens **45**'. Alternatively, screen **45**S can be disposed ahead of lens **44**.

Referring to FIG. **5**, regardless of the type of line lens used, it is likely that the laser line will fade as it gets farther from laser level **10**. As shown in FIG. **5**B, the emitted laser plane LP still has a component that does not contact the wall W. This component will form a laser line when it contacts another surface.

Accordingly, it is preferable to provide a surface that can intersect this component of the laser plane LP. This surface can be provided on a movable target **60**. Target **60** may have a main body **61**, and a cylinder **62** disposed on the body **61**. Preferably, the inside of cylinder **62** is carved out, forming a hollow cone **62**C ending in a central bore **63**. Target **60** may have cross-hair indicia, such as grooves **65** or ribs, intersecting at the center of bore **63**.

Persons skilled in the art will recognize that target **60**, main body **61** and/or cylinder **62** may be made of a translucent material to facilitate location of a mark. This could facilitate placing the laser level **10** on a specifically desired location.

A ramp **64** may be provided on cylinder **62**. Preferably the ramp **64** has some reflective material. (Alternatively, textured areas can be disposed on cylinder **62** or ramp **64** to enhance the visibility of the laser line.) Accordingly, the user can disposed the laser level **10** on wall W and move target **60** until ramp **64** is aligned with the laser line.

The user can then use a pencil to mark the center of target **60**. Alternatively, the user can push a pin **66**P or expanding mandrel **66**M through bore **63** to maintain the target **60** in place. Persons skilled in the art will recognize that an expanding mandrel has at least two metal strips along its longitudinal axis meeting at a front tip. The mandrel is

US 6,914,930 B2

7

8

inserted into a pre-drilled hole. The steel strips can be then expanded within the hole in order to fix the mandrel.

Persons skilled in the art will recognize that target **60** may be removably disposed in hole **12** of laser level **10**. Thus, laser level **10** provides on-board storage for target **60**. To this end, it is preferable to provide target **60** with detent protrusions **67**, which engage the laser level **10**.

Persons skilled in the art will recognize that, if the center of hole **12** is aligned with the horizontal lines emitted by the laser assemblies **40**, the bore **63** of target **60** will be placed at the intersection of the vertical centerline of laser level **10** with the horizontal lines. In addition, the laser level **10** may be hung by pushing a pin through bore **63** and nesting laser level **10** unto target **60**.

It may also be preferable to provide a hanger assembly **70** for laser level **10**. Hanger assembly **70** may have a main body **71** with a central hole **72** for receiving the head of a nail hammered into a wall. Main body **71** may be made of a translucent material to facilitate location of a mark or nail.

Hanger assembly **70** may also have a ramp **73**, as cross-hair indicia, such as grooves **74** or ribs, intersecting at the center of hole **72**. Textured areas can be disposed on main body **71** or ramp **73** to enhance the visibility of the laser line.

Hanger assembly **70** may be removably disposed in hole **12** of laser level **10**. To this end, it is preferable to provide hanger assembly **70** with detent protrusions **77**, which engage the laser level **10**.

Persons skilled in the art will recognize that housing **11** may be provided with holes for receiving nail heads or screw heads, for hanging laser level **10** thereon.

It may also be preferable to provide a separable hanger assembly **90** for laser level **10**. Hanger assembly **90** may have a main body **91**, a magnet **93** disposed on the main body **91**, and a ramp **92**. Main body **91** may also have cross-hair indicia, such as grooves or ribs, intersecting at its center. Hanger assembly **90** may be removably disposed in hole **12** of laser level **10**. To this end, it is preferable to provide hanger assembly **90** with detent protrusions **94**, which engage the laser level **10**.

Main body **91** may magnetically engage another assembly, such as wall assembly **95**, pin assembly **96** and/or mandrel assembly **97**. Wall assembly **95** preferably has a body **95**B, a magnetically-responsive metal plate **95**MP supported by body **95**B, and a hole **95**H. Basically, the user can dispose wall assembly **95** on a nail or screw on a wall. The user can then dispose main body **91** unto wall assembly **95**, which will stay together because of the magnet/metal plate combination.

Pin assembly **96** preferably has a body **96**B, a magnetically-responsive metal plate **96**MP supported by body **96**B, and a pin **96**P. Basically, the user can dispose pin assembly **96** unto a wall. The user can then dispose main body **91** unto pin assembly **96**, which will stay together because of the magnet/metal plate combination.

Mandrel assembly **97** preferably has a body **97**B, a magnetically-responsive metal plate **97**MP supported by body **97**B, and a mandrel **97**M. Basically, the user can dispose mandrel assembly **97** within a pre-drilled hole on a wall. The user can then dispose main body **91** unto mandrel assembly **97**, which will stay together because of the magnet/metal plate combination.

Persons skilled in the art will recognize that it is also preferable to provide a rib **98** on main body **91** that receives wall assembly **95**, pin assembly **96** and/or mandrel assembly **97**, or a portion thereof. Preferably, the rib **98** is designed so that, when main body **91** is disposed on wall assembly **95**, pin assembly **96** and/or mandrel assembly **97**, the main body **91** is centered relative to the opposite assembly. Rib **98** may also support main body **91** (and thus laser level **10**). Persons skilled in the art will recognize that the rib **98** may be disposed on wall assembly **95**, pin assembly **96** and/or mandrel assembly **97**. Alternatively, rib **98** may be received within a slot or groove of wall assembly **95**, pin assembly **96** and/or mandrel assembly **97**.

A second embodiment of laser level **10** is shown in FIG. **8**, where like numerals refer to like parts. The teachings of the first embodiment above are wholly incorporated by reference in the present embodiment. One difference from the previous embodiment is that the pendulum assembly **30** has a knife edge **36** disposed therein, which engages a notch **11**N in housing **11**. In addition, pendulum assembly **30** may have a lower curved area **35**.

It is preferable to dispose laser assemblies **40** within protrusions **15** of top portion **11**T. With such arrangement, when the laser level **10** is disposed substantially against a wall, laser beams emitted by laser assemblies **40** can exit housing **11** through windows **13**. As discussed above, the laser level **10** has a certain angle range, where the laser level **10** can be disposed at an angle relative to the vertical centerline V and the pendulum assembly **30** will self-level and emit substantially horizontal (or vertical) laser beams.

If the laser level **10** is disposed at an angle beyond the angle range, laser assemblies **40** may contact the inner walls of protrusions **15**. Alternatively, pendulum assembly **30** may contact a component disposed within housing **11**. When this occurs, the laser level **10** will no longer provide an accurate leveling function.

Preferably, the windows **13** are sized to prevent the emitted laser beams to project out of housing **11** when the laser assemblies **40** contact the inner walls of protrusions **15** or pendulum assembly **30** contacts a component disposed within housing **11**. This prevents the user from believing that the emitted laser beams are substantially horizontal (or vertical).

Preferably, the windows **13** prevent the laser beams from exiting the housing when the pendulum assembly **30** approach the limits of the angle range. In other words, assuming an angle range being between about −10° to about 10° from vertical centerline V where pendulum assembly **30** will self-level, and where the laser assemblies **40** contact the inner walls of protrusions **15** or pendulum assembly **30** contact a component disposed within housing **11** at any angle beyond this angle range, it may be preferable to size and/or shape the windows **13** to begin blocking the laser beams at about −8° and/or about 8° from vertical centerline V.

It may be preferable to provide a pendulum lock mechanism **80** for locking pendulum assembly **30** at a certain position. For example, pendulum assembly **30** may be locked in place in order to safely transport laser level.

US 6,914,930 B2

9

Pendulum lock mechanism **80** may include a lock **84** that has a locking surface **84**LR which contacts a portion of pendulum assembly **30**, such as curved area **35**. Lock **84** is preferably movable along its axis between locked and unlocked positions. A spring **86** may be trapped between housing **11** (via boss **11**B) and lock **84** for biasing lock **84** towards the locked position.

Lock **84** may be moved between the locked and unlocked positions by an actuator **83**. The longitudinal axis of actuator **83** is preferably substantially perpendicular to the longitudinal axis of lock **84**. Actuator **83** may be moved along its axis between a first position that moves lock **84** into the locked position and a second position that moves lock **84** into the unlocked position. Preferably, actuator **83** and lock **84** have ramps **83**R, **84**R, respectively, for contacting therebetween.

As shown in FIG. 9, actuator **83** is shown in the first and second positions with solid and broken lines, respectively. As actuator **83** is moved upwardly, ramp **83**R contacts ramp **84**R, and moves lock **84** towards the unlocked position. Actuator **83** may have a plateau **83**P disposed at the end of ramp **83**R for maintain lock **84** in the unlocked position.

Actuator **83** may have an actuator button **81** to enable the user to move the actuator **83** between the first and second positions (and thus to move the lock **84** between the locked and unlocked positions).

Persons skilled in the art will recognize that actuator **83** may be connected to a switch **82**, so that when actuator **83** is moved, switch **82** is activated. Preferably, switch **82** turns laser assemblies **40** on and off.

Persons skilled in the art should also recognize that the spatial relationship between actuator ramp **83**R, lock ramp **84** and the travel distance of switch **82** can be manipulated so that the switch **82** will turn on laser assemblies **40** only when lock **84** is moved to the unlocked position. Alternatively, the spatial relationship between actuator ramp **83**R, lock ramp **84** and the travel distance of switch **82** can be manipulated so that the switch **82** will turn on laser assemblies **40** before lock **84** is moved to the unlocked position. This allows the user to use the laser level **10** to emit straight laser lines, even though these lines are not necessarily level.

A third embodiment of laser level **100** is shown in FIG. **10**, where like numerals refer to like parts. The teachings of the embodiments discussed above are incorporated herein by reference.

Laser level **100** basically has three assemblies: base assembly **110**, pendulum assembly **120** and laser housing assembly **130**. These three assemblies may be designed so that they cannot be separated during operation. Alternatively these three assemblies may be designed so that they can be separated during operation and/or storage.

Base assembly **110** has a main body **111**, which has a substantially flat rear wall to ensure that laser level **100** can be disposed substantially flush against a wall. Main body **111** may have a central hollow cylinder **112**. In addition, main body **111** may carry the stud sensor circuit **20**.

Pendulum assembly **120** preferably has a main body **121** and a hole **121**H on body **121** for nesting pendulum assembly **120** on cylinder **112**. Preferably, main body **121** (and

10

thus pendulum assembly **120**) can rotate about cylinder **112**. Accordingly, it is preferable to dispose bearings **123** therebetween to facilitate such rotation.

Main body **121** may have a compartment for receiving battery **50**. In addition, main body **121** may have an annular protrusion **122**.

Laser housing assembly **130** may have a housing **131** and at least one laser assembly **40** disposed within the housing **131**. Housing **131** may have a hole **131**H for nesting laser housing assembly **130** onto protrusion **122**. Preferably housing **131** (and thus laser housing assembly **130**) can rotate about protrusion **122**. Accordingly, it is preferable to dispose bearings **126** therebetween to facilitate such rotation.

A detent mechanism **140** may be disposed between pendulum assembly **120** and laser housing assembly **130** for fixing the rotational position of laser housing assembly **130** (and thus of laser assembly **40**) relative to the pendulum assembly **120**. Detent mechanism **140** may comprise a detent ball **144** which engages a notch (not shown) on housing **131**. A spring **145** is preferably disposed between body **121** and ball **144** to bias ball **144** towards the notch. Persons skilled in the art will recognize that the spring **145** and ball **144** may alternatively be disposed on housing **131**, whereas the notch can alternatively be disposed on body **121**.

Preferably, the notches are disposed in such locations so that the laser assembly **40** will emit a laser beam that is at 90° of the vertical axis of pendulum assembly **120** (i.e., emitting a laser beam towards the right of laser level **100**, as shown in FIG. 10A), at 0° of the vertical axis of pendulum assembly **120** (i.e., emitting a laser beam upwardly, as shown in FIG. 10B), or at −90° of the vertical axis of pendulum assembly **120** (i.e., emitting a laser beam towards the left of laser level **100**, as shown in FIG. 10C). Persons skilled in the art will recognize that the notches may be disposed on other positions.

With such arrangement, the user can dispose laser level **100** against a wall. The user can move laser level **100** along the wall until a stud is detected by stud sensor circuit **20**. While holding on to main body **111**, the user can let pendulum assembly **120** and laser housing assembly **130** self-level, so that the emitted laser beam will be substantially horizontal or vertical. The user can also rotate laser housing assembly **130** to the different desired positions.

In all three embodiments, the battery **50** preferably provides power to both stud sensor circuit **20** and laser diode(s) **42**, as shown in FIG. 11, so that the stud sensor circuit **20** and laser diode(s) **42** operate independently from each other. Persons skilled in the art will recognize that it may be desirable to enable the stud sensor **20** to control the laser diode(s) **42**, so that the laser diode(s) **42** only turn on when a stud is detected by stud sensor **20**.

Another embodiment of the novel laser level is shown in FIG. 13, where like numerals refer to like parts. The teachings of the embodiments above are wholly incorporated by reference in the present embodiment. Like before, laser level **10** has laser assemblies **40** for projecting laser beams, preferably in the form of planes. Furthermore, laser level **10** has a stud sensor circuit **20**.

In this embodiment, the main difference is that the laser assemblies **40** are not disposed on a pendulum. Instead, they

US 6,914,930 B2

11

are fixedly connected to housing **11**. Accordingly, the user can disposed housing **11** at any position against a wall or floor, and two laser lines will be emitted unto the wall or floor.

A horizontal bubble vial **11**HV may be provided on housing **11** to indicate to the user when the laser beams are level, i.e., substantially horizontal. Similarly, a vertical bubble vial **11**VV may be provided on housing **11** to indicate to the user when the laser beams are plumb, i.e., substantially vertical. Persons skilled in the art will recognize that other means for detecting and indicating whether the laser beams are plumb or level can be used. In addition, persons skilled in the art will recognize that it may be preferable to dispose at least one laser assembly **40** at 90° from another laser assembly **40**, to emit a perpendicular laser beam or line.

Persons skilled in the art may recognize other additions or alternatives to the means disclosed herein. However, all these additions and/or alterations are considered to be equivalents of the present invention.

What is claimed is:

1. A laser level disposable on a reference surface comprising:

a housing;

a pendulum pivotably connected to the housing, the pendulum having a center of gravity;

a first laser diode disposed on the pendulum for emitting a first laser beam along a first path, the first path being fixed relative to the center of gravity; and

a first line lens disposed on the pendulum in the first path for converting the first laser beam into a first planar beam, the first planar beam forming a first line on the reference surface.

2. The laser level of claim **1**, further comprising a second laser diode disposed on the pendulum for emitting a second laser beam along a second path, and a second lens disposed on the pendulum in the second path for converting the second laser beam into a second planar beam, the second planar beam forming a second line on the reference surface.

3. The laser level of claim **2**, wherein the first and second lines are substantially perpendicular.

4. The laser level of claim **2**, wherein the first and second lines are substantially parallel.

5. The laser level of claim **1**, further comprising a detector circuit disposed in housing for detecting a feature behind or underneath the reference surface.

6. The laser level of claim **5**, wherein the detector circuit detects at least one of the group consisting of studs, wire and pipes.

7. The laser level of claim **5**, wherein the detector circuit controls the first laser diode so that, upon detecting the feature, the first laser diode lights up.

8. The laser level of claim **5**, wherein the detector circuit does not control the first laser diode.

9. The laser level of claim **1**, further comprising a pendulum locking mechanism for selectively locking the pendulum.

10. The laser level of claim **1**, wherein the first line is substantially horizontal and the reference surface is a substantially vertical wall.

11. The laser level of claim **1**, wherein the housing at least partially encloses the pendulum.

12

12. The laser level of claim **11**, wherein the housing has at least one window for allowing the first planar beam to exit therethrough.

13. The laser level of claim **12**, wherein the housing is configured so that the first planar beam cannot exit through the at least one window when the pendulum is at a selected angle relative to the housing.

14. A detection instrument disposable on a reference surface comprising:

a housing;

a first light diode disposed in the housing for emitting a first light beam along a first path;

a first line lens disposed in the housing in the first path for converting the first light beam into a first planar beam, the first planar beam forming a first line on the reference surface; and

a detector circuit disposed in the housing for detecting a feature behind or underneath the reference surface;

wherein the first light diode and first line lens are movable to different positions relative to the detector circuit.

15. The detection instrument of claim **14**, further comprising a second light diode disposed in the housing for emitting a second light beam along a second path, and a second lens disposed in the housing in the second path for converting the second light beam into a second planar beam, the second planar beam forming a second line on the reference surface.

16. The detection instrument of claim **15**, wherein the first and second lines are substantially perpendicular.

17. The detection instrument of claim **15**, wherein the first and second lines are substantially parallel.

18. The detection instrument of claim **14**, wherein the detector circuit detects at least one of the group consisting of studs, wire and pipes.

19. The detection instrument of claim **14**, wherein the detector circuit controls the first light diode so that, upon detecting the feature, the first light diode lights up.

20. The detection instrument of claim **14**, wherein the detector circuit does not control the first light diode.

21. The detection instrument of claim **14**, wherein the first light diode is a laser diode.

22. The detection instrument of claim **14**, further comprising a collimating lens disposed between the first light diode and the first line lens.

23. A level disposable on a reference surface comprising:

a housing;

a first light diode disposed in the housing for emitting a first light beam along a first path;

a first line lens disposed in the housing in the first path for converting the first light beam into a first planar beam, the first planar beam forming a first line on the reference surface; and

at least one bubble level on the housing.

24. The level of claim **23**, further comprising a second light diode disposed in the housing for emitting a second light beam along a second path, and a second lens disposed in the housing in the second path for converting the second laser beam into a second planar beam, the second planar beam forming a second line on the reference surface.

25. The level of claim **24**, wherein the first and second lines are substantially perpendicular.

26. The level of claim **24**, wherein the first and second lines are substantially parallel.

US 6,914,930 B2

13

**27**. The level of claim **23**, further comprising a detector circuit disposed in the housing for detecting a feature behind or underneath the reference surface.

**28**. The level of claim **27**, wherein the detector circuit detects at least one of the group consisting of studs, wire and pipes.

**29**. The level of claim **27**, wherein the detector circuit controls the first light diode so that, upon detecting the feature, the first laser diode lights up.

**30**. The level of claim **27**, wherein the detector circuit does not control the first light diode.

**31**. The laser level of claim **23**, wherein the housing has at least one window for allowing the first planar beam to exit therethrough.

**32**. The detection instrument of claim **23**, wherein the first light diode is a laser diode.

**33**. The detection instrument of claim **23**, further comprising a collimating lens disposed between the first light diode and the first line lens.

**34**. A laser level disposable on a reference surface comprising:

a housing;

a first laser diode disposed in the housing for emitting a first laser beam along a first path;

a first line lens disposed in the housing in the first path for converting the first laser beam into a first planar beam, the first planar beam forming a first line on the reference surface; and

a hanging assembly connected to the housing for mounting the laser level to the reference surface.

**35**. The laser level of claim **34**, further comprising a second laser diode disposed in the housing for emitting a second laser beam along a second path, and a second lens disposed in the housing in the second path for converting the second laser beam into a second planar beam, the second planar beam forming a second line on the reference surface.

**36**. The laser level of claim **35**, wherein the first and second lines are substantially perpendicular.

**37**. The laser level of claim **35**, wherein the first and second lines are substantially parallel.

**38**. The laser level of claim **34**, further comprising a detector circuit disposed in the housing for detecting a feature behind or underneath the reference surface.

**39**. The laser level of claim **38**, wherein the detector circuit detects at least one of the group consisting of studs, wire and pipes.

**40**. The laser level of claim **38**, wherein the detector circuit controls the first laser diode so that, upon detecting the feature, the first laser diode lights up.

**41**. The laser level of claim **38**, wherein the detector circuit does not control the first laser diode.

**42**. The laser level of claim **34**, wherein the first line is substantially horizontal and the reference surface is a substantially vertical wall.

14

**43**. The laser level of claim **34**, wherein the hanger assembly comprises a reference surface assembly that contacts the reference surface.

**44**. The laser level of claim **43**, further comprising a magnet disposed on one of the reference surface assembly and the housing, and a metal plate disposed on the other of the reference surface assembly and the housing.

**45**. The laser level of claim **43**, wherein the reference surface assembly comprises at least one of the group consisting of a pin and a mandrel.

**46**. A level disposable on a reference surface comprising:

a housing;

a first light diode disposed in the housing for emitting a first light beam along a first path;

a first line lens disposed in the housing in the first path for converting the first light beam into a first planar beam, the first planar beam forming a first line on the reference surface;

a first collimating lens disposed between the first light diode and the first line lens; and at least one bubble level on the housing,

wherein the first line is substantially horizontal and the reference surface is a substantially vertical wall.

**47**. The level of claim **46**, further comprising a second light diode disposed in the housing for emitting a second light beam along a second path, and a second lens disposed in the housing in the second path for converting the second light beam into a second planar beam, the second planar beam forming a second line on the reference surface.

**48**. The level of claim **47**, wherein the first and second lines are substantially perpendicular.

**49**. The level of claim **47**, wherein the first and second lines are substantially parallel.

**50**. The level of claim **46**, further comprising a detector circuit disposed in the housing for detecting a feature behind or underneath the reference surface.

**51**. The level of claim **50**, wherein the detector circuit detects at least one of the group consisting of studs, wire and pipes.

**52**. The level of claim **50**, wherein the detector circuit controls the first light diode so that, upon detecting the feature, the first light diode lights up.

**53**. The level of claim **50**, wherein the detector circuit does not control the first light diode.

**54**. The level of claim **46**, wherein the housing has at least one window for allowing the first planar beam to exit therethrough.

**55**. The level of claim **46**, wherein the first light diode is a laser diode.

* * * * *