AO 440 (Del Rev. 10/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

BLACK & DECKER INC. and BLACK &
DECKER (U.S.) INC.,

                    Plaintiffs,                    **SUMMONS IN A CIVIL CASE**

          V.

NEWELL RUBBERMAID, INC.,

                    Defendant.          CASE NUMBER: ; 05 - 637

TO: (Name and address of Defendant)

          Newell Rubbermaid, Inc.
          c/o The Corporation Trust Company (registered agent)
          Corporation Trust Center
          1209 Orange Street
          Wilmington, DE  19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

          Steven J. Balick
          Ashby & Geddes
          222 Delaware Avenue, 17th Floor
          P.O. Box 1150
          Wilmington, DE  19899

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

_Monica Nooley_

(By) DEPUTY CLERK

August 30, 2005

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>August 30, 2005 |
| NAME OF SERVER (PRINT)<br>Joseph J. Saienni III | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
    discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Personally hand delivered the summons and complaint to
The Corporation Trust Company at the address listed on the front of this
summons.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  August 30, 2005
              Date

*Joseph J Saienni III*
*Signature of Server*

Parcels, Inc.
4 East Seventh Street
Wilmington, DE  19801
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.