IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLACK & DECKER INC. and<br>BLACK & DECKER (U.S.) INC.,<br><br>    Plaintiffs,<br><br>    - vs. -<br><br>NEWELL RUBBERMAID INC.,<br><br>    Defendant. | )<br>)<br>)<br>) C.A. No. 05-637-GMS<br>)<br>) JURY TRIAL DEMANDED<br>)<br>)<br>)<br>) |

## ANSWER, DEFENSES, AND COUNTERCLAIM OF
## DEFENDANT NEWELL RUBBERMAID INC.

Defendant Newell Rubbermaid Inc. ("Newell") answers the complaint of plaintiffs Black & Decker Inc. and Black & Decker (U.S.) Inc. (collectively, "Black & Decker") as follows:

1.    Newell admits that this is a claim for patent infringement under the patent laws of the United States and that this court has jurisdiction over the subject matter of such claims, but denies the remaining allegations of Paragraph 1.

### Parties

2.    Newell admits that Exhibit A to the complaint purports to be a copy of U.S. Patent No. 6,914,930 B2, entitled "Laser Level," which bears an issue date of July 5, 2005 (the '930 patent"). Newell is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 2.

3.    Newell admits that Black & Decker (U.S.) Inc. manufacturers and sells power tools. Newell is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 3.

4. Admitted.

## Venue and Personal Jurisdiction

5. Newell admits that it has a registered agent for receipt of service of process in this district and that venue is proper in this district pursuant to 28 U.S.C. § 1391(b) and (c), and 28 U.S.C. § 1400(b), but denies the remaining allegations of paragraph 5.

6. Denied.

## Patent Infringement

7. Denied.

8. Denied.

9. Denied.

10. Denied.

11. Further answering, Newell denies infringement, both directly and indirectly, of any valid claim of the '930 patent.

## Defense

13. Each of the claims of the '930 patent is invalid for failure to satisfy the requirements of patentability of the United Sates Patent Laws, including, but not limited to, 35 U.S.C. §§ 102 and 103.

## COUNTERCLAIM

For its counterclaim against Black & Decker Inc. and Black & Decker (U.S.) Inc., Newell states as follows:

### Nature of the Case

14. This is an action for declaratory relief arising under the United States Patent Laws, 35 U.S.C. § 1, *et seq.*, and the Declaratory Judgment Statute, 28 U.S.C. § 2201.

### Parties

15. Counter-plaintiff Newell is a Delaware corporation with its principal place of business in Atlanta, Georgia.

16. Counter-defendant Black & Decker Inc. alleges in this action to be a Delaware corporation with its principal place of business is Towson, Maryland.

17. Counter-defendant Black & Decker (U.S.) Inc. alleges in this action to be a Maryland Corporation with its principal place of business in Towson, Maryland.

### Jurisdiction and Venue

18. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1338, and 2201.

19. This Court has personal jurisdiction over counter-defendants, and venue is proper in this District, because counter-defendants have consented thereto by filing the underlying action against Newell.

20. An actual case and controversy with respect to the infringement and validity of the claims of the '930 patent exists between Newell and the Black & Decker

counter-defendants by virtue of the Black & Decker counter-defendants having sued Newell for infringement of the '930 patent.

## COUNT I
## DECLARATORY JUDGMENT
## OF NONINFRINGEMENT

21. Newell incorporates paragraphs 14-20 of its counterclaim as if fully restated herein.

22. Newell does not infringe, directly or indirectly, any valid claim of the '930 patent.

## COUNT II
## DECLARATORY JUDGMENT
## OF PATENT INVALIDITY

23. Newell incorporates paragraphs 14-20 of its counterclaim as if fully restated herein.

24. Each of the claims of the '930 patent is invalid for failure to satisfy the requirements of patentability of the United States Patent Laws, including, but not limited, to 35 U.S.C. §§ 102 and 103.

**Prayer for Relief**

WHEREFORE, Newell prays that this honorable Court:

A. Enter judgment on Black & Decker's complaint in favor of Newell, and against Black & Decker, and deny Black & Decker any relief in connection therewith;

B. Declare that Newell does not infringe any valid claim of U.S. Patent No. 6,914,930;

C. Declare that each of the claims of U.S. Patent No. 6,914,930 is invalid; and

D.  Award Newell such other and further relief as this Court deems just and reasonable under the circumstances.

## DEMAND FOR JURY TRIAL

Newell hereby demands trial by jury of all issues properly so triable.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

| | |
|---|---|
| Jeffrey H. Dean<br>Cullen N. Pendleton, Ph.D.<br>MARSHALL GERSTEIN & BORUN LLP<br>6300 Sears Tower<br>Chicago, Illinois 60606<br>(312) 474-6300 (telephone)<br>(312) 474-0448 (telecopier) | By:  */s/ Richard L. Horwitz*<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, Delaware 19899<br>Tel. (302) 984-6000<br><br>Counsel for Defendant<br>NEWELL RUBBERMAID INC. |

Dated: September 19, 2005
699906

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on September 19, 2005, the attached document was hand-delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue
17th Floor
Wilmington, DE 19801

I hereby certify that on September 19, 2005, I have Federal Expressed the documents to the following non-registered participants:

Raymond P. Niro
Dean D. Niro
Sally Wiggins
Niro, Scavone, Haller & Niro
181 W. Madison Street
Suite 4600
Chicago, IL 60602

By: /s/ Richard L. Horwitz
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

699906