IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLACK & DECKER INC. and<br>BLACK & DECKER (U.S.) INC., | )<br>)<br>) |
| Plaintiffs, | ) C.A. No. 05-637-GMS<br>) |
| - vs. - | ) JURY TRIAL DEMANDED<br>) |
| NEWELL RUBBERMAID INC., | )<br>) |
| Defendant. | ) |

**DEFENDANT NEWELL RUBBERMAID INC.'S**
**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Newell Rubbermaid Inc. discloses that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Jeffrey H. Dean
Cullen N. Pendleton, Ph.D.
MARSHALL GERSTEIN & BORUN LLP
6300 Sears Tower
Chicago, Illinois 60606
(312) 474-6300 (telephone)
(312) 474-0448 (telecopier)

By: /s/ Richard L. Horwitz
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, Delaware 19899
Tel. (302) 984-6000

Counsel for Defendant
NEWELL RUBBERMAID INC.

Dated: September 19, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on September 19, 2005, the attached document was hand-delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue
17th Floor
Wilmington, DE 19801

I hereby certify that on September 19, 2005, I have Federal Expressed the documents to the following non-registered participants:

Raymond P. Niro
Dean D. Niro
Sally Wiggins
Niro, Scavone, Haller & Niro
181 W. Madison Street
Suite 4600
Chicago, IL 60602

By: */s/ Richard L. Horwitz*
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

699905