IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLACK & DECKER INC. and<br>BLACK & DECKER (U.S.) INC.,<br><br>        Plaintiffs,<br><br>        v.<br><br>NEWELL RUBBERMAID, INC.,<br>    a Delaware Corporation,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. 05-637-GMS<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF BLACK & DECKER INC. AND
BLACK & DECKER (U.S.) INC.'S
<u>RULE 7.1 DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Black & Decker Inc. discloses that no publicly held corporation owns 10% or more of its stock and Black & Decker (U.S.) Inc. is owned by Black & Decker, Inc.

ASHBY & GEDDES

*/s/ Steven J. Balick*

Steven J. Balick (I.D.#2114)
John G. Day (I.D. #2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
(302) 654-2067 (fax)
sbalick@ashby-geddes.com
jday@ashby-geddes.com

*Attorneys for Plaintiffs*

*Of Counsel:*

Raymond P. Niro
Dean D. Niro
Sally Wiggins
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison Street, Suite 4600
Chicago, IL 60602
(312) 236-0733
Fax: (312) 236-3137

Dated:   October 4, 2005
161989.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of October, 2005, the attached **PLAINTIFF BLACK & DECKER INC. AND BLACK & DECKER (U.S.) INC.'S RULE 7.1 DISCLOSURE STATEMENT** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE  19899 | HAND DELIVERY |
| Jeffrey H. Dean, Esquire<br>Marshall Gerstein & Borun LLP<br>6300 Sears Tower<br>Chicago, IL  60606 | VIA FEDERAL EXPRESS |

*/s/ Steven J. Balick*
_____
Steven J. Balick

161991.1