IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLACK & DECKER INC. and<br>BLACK & DECKER (U.S.) INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>NEWELL-RUBBERMAID, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No.  05-637-GMS<br>)<br>)<br>)<br>)<br>) |

### PLAINTIFFS' REPLY TO NEWELL-RUBBERMAID'S COUNTERCLAIM

Plaintiffs, Black & Decker Inc. and Black & Decker (U.S.) Inc. (collectively "Black & Decker"), reply to the counterclaim of defendant Newell Rubbermaid, Inc. ("Newell") as follows:

### Nature of the Case

14.    Admitted that defendant asserts an action for declaratory relief under the United States Patent Laws.  35 U.S.C. § 1 and Declaratory Judgment Statute, 28 U.S.C. §2201.

### Parties

15.    Admitted that Counter-plaintiff Newell is a Delaware corporation with its principal place of business in Atlanta, Georgia.

16.    Admitted.

17.    Admitted.

### Jurisdiction and Venue

18.    Admitted that the Court has subject jurisdiction over defendant's counterclaim.

- 1 -

19. Admitted that the Court has personal jurisdiction over counter-defendants and that venue is proper in this District.

20. Admitted that an actual case and controversy exists between Newell and Black & Decker with respect to infringement of the '930 patent, otherwise denied.

### Count I
### Declaratory Judgment
### of Noninfringement

21. Black & Decker incorporates its replies to paragraphs 14-20 herein.

22. Denied.

### Count II
### Declaratory Judgment
### of Patent Invalidity

23. Black & Decker incorporates its replies to paragraphs 14-20 herein.

24. Denied.

ASHBY & GEDDES

*/s/ Steven J. Balick*

Steven J. Balick (I.D.#2114)
John G. Day (I.D. #2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
(302) 654-2067 (fax)
sbalick@ashby-geddes.com
jday@ashby-geddes.com

*Attorneys for Plaintiffs*

*Of Counsel:*

Raymond P. Niro
Dean D. Niro
Sally Wiggins
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison Street, Suite 4600
Chicago, IL 60602
(312) 236-0733
Fax: (312) 236-3137

Dated:  October 11, 2005
162210.1

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 11th day of October, 2005, the attached **PLAINTIFFS'**

**REPLY TO NEWELL-RUBBERMAID'S COUNTERCLAIM** was served upon the below-

named counsel of record at the address and in the manner indicated:


Richard L. Horwitz, Esquire                                    <u>HAND DELIVERY</u>
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899

Jeffrey H. Dean, Esquire                                    <u>VIA FEDERAL EXPRESS</u>
Marshall Gerstein & Borun LLP
6300 Sears Tower
Chicago, IL  60606



                                                         */s/ Steven J. Balick*
                                    _____
                                                         Steven J. Balick