IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLACK & DECKER INC. and<br>BLACK & DECKER (U.S.) INC.,<br><br>    Plaintiffs,<br><br>    - vs. -<br><br>NEWELL RUBBERMAID INC.,<br><br>    Defendant. | )<br>)<br>)<br>) C.A. No. 05-637-GMS<br>)<br>) JURY TRIAL DEMANDED<br>)<br>)<br>)<br>) |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Jeffrey H. Dean and Cullen N. Pendleton, Ph.D. of Marshall Gerstein & Borun LLP, 6300 Sears Tower, Chicago, Illinois 60606, to represent defendant Newell Rubbermaid Inc., in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Dated: October 25, 2005

702735

*Attorneys for Defendant*
*Newell Rubbermaid Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____   _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☒ has been paid to the Clerk of the Court

☐ will be submitted to the Clerk's Office upon the filing of this motion

Date: October 25, 2005    Signed:    */s/ Jeffrey H. Dean*
Jeffrey H. Dean
MARSHALL GERSTEIN & BORUN LLP
6300 Sears Tower
Chicago, Illinois 60606
Telephone: (312) 474-6300

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

[X] has been paid to the Clerk of the Court

[ ] will be submitted to the Clerk's Office upon the filing of this motion

Date: October 25, 2005     Signed: */s/ Cullen N. Pendleton*
Cullen N. Pendleton, Ph.D.
MARSHALL GERSTEIN & BORUN LLP
6300 Sears Tower
Chicago, Illinois 60606
Telephone: (312) 474-6300

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on October 25, 2005, the attached document was hand-delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue
17th Floor
Wilmington, DE 19801

I hereby certify that on October 25, 2005, I have Federal Expressed the documents to the following non-registered participants:

Raymond P. Niro
Dean D. Niro
Sally Wiggins
Niro, Scavone, Haller & Niro
181 W. Madison Street
Suite 4600
Chicago, IL 60602

By: /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

704867