# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLACK & DECKER INC. and<br>BLACK & DECKER (U.S.) INC.,<br><br>        Plaintiffs,<br><br>    v.<br><br>NEWELL RUBBERMAID INC.,<br><br>        Defendant. | )<br>)<br>)<br>) C.A. No. 05-637-GMS<br>)<br>) JURY TRIAL DEMANDED<br>)<br>)<br>)<br>) |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Charles E. Juister of Marshall Gerstein & Borun LLP, 6300 Sears Tower, 2300 South Wacker Drive, Chicago, Illinois 60606, to represent defendant Newell Rubbermaid Inc. in this matter.

                                                            POTTER ANDERSON & CORROON LLP

                                                            By:  */s/ Richard L. Horwitz*
                                                                 Richard L. Horwitz (#2246)
                                                                 David E. Moore (#3983)
                                                                 Hercules Plaza 6th Floor
                                                                 1313 N. Market Street
                                                                P.O. Box 951
                                                                Wilmington, DE  19899
                                                                Tel:  (302) 984-6000
                                                                rhorwitz@potteranderson.com

Dated:  February 9, 2006                 dmoore@potteranderson.com

719092                                                      *Attorneys for Defendant*
                                                             *Newell Rubbermaid Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____                         _____
                                                   United States District Judge

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

  Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

  In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐   has been paid to the Clerk of the Court

☒   will be submitted to the Clerk's Office upon the filing of this motion

Date: February 8, 2006    Signed:    */s/ Charles E. Juister*
                  Charles E. Juister
                  MARSHALL GERSTEIN & BORUN LLP
                  6300 Sears Tower
                  233 South Wacker Drive
                  Chicago, Illinois 60606
                  Telephone: (312) 474-6300

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on February 9, 2006, the attached document was hand-delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue
17th Floor
Wilmington, DE 19801

I hereby certify that on February 9, 2006, I have electronically mailed the documents to the following non-registered participants:

Raymond P. Niro
Dean D. Niro
Sally Wiggins
Niro, Scavone, Haller & Niro
181 W. Madison Street
Suite 4600
Chicago, IL 60602

By:   */s/ Richard L. Horwitz*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

704867