# EXHIBIT A

# Discovery/Trial Scheduling Dates

| EVENT | DATE |
|---|---|
| Plaintiffs To Identify Each Asserted Claim In Each Patent | March 7, 2006 |
| Parties To Exchange Rule 26(a)(1) Disclosures | March 14, 2006 |
| Defendants To Provide Plaintiffs With A List of Claim Terms To Be Construed | May 8, 2006 |
| Deadline To Join Parties | May 26, 2006 |
| Plaintiffs To Provide Defendants With Initial Claim Construction Charts | May 29, 2006 |
| Defendants To Provide Plaintiffs With Initial Claim Construction Charts | June 19, 2006 |
| Deadline For Parties To Meet And Confer Regarding Narrowing And Reducing The Number Of Claim Construction Issues | July 17, 2006 |
| Deadline To Submit Joint Claim Construction Chart (Including Citations To Intrinsic Evidence) | August 31, 2006 |
| Parties To Exchange Opening Claim Construction Briefs | September 18, 2006 |
| Responsive Claim Construction Briefs | October 16, 2006 |
| Deadline to Amend Pleadings | October 26, 2006 |
| *Markman* Hearing (if necessary) | November 8, 2006 |
| Completion Of Fact Discovery | January 4, 2007 |
| Expert Reports For Party Bearing Burden of Proof To Be Exchanged | February 23, 2007 |
| Rebuttal Expert Reports To Be Exchanged | March 15, 2007 |
| Expert Discovery To Be Completed | April 30, 2007 |
| Deadline To File Letter Briefs Seeking Permission To File A Summary Judgment Motion | May 30, 2007 |
| Deadline To File Answering Letter Brief | 14 Days After Initial Letter Brief |
| Deadline To File Reply Letter Brief | 7 Days After Answering Letter Brief |

166553.1