# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

March 2, 2006

The Honorable Gregory M. Sleet                    VIA ELECTRONIC FILING
United States District Court
844 North King Street
Wilmington, DE 19801

Re:  *Black & Decker Inc., et al v. Irwin Industrial Tool Co.,*
     Civil Action No. 05-637-GMS

Dear Judge Sleet:

Attached, for the Court's consideration, is a proposed scheduling order in the above action. It incorporates all of the dates set by the Court at the February 16, 2006 Rule 16 conference, and its content has been approved by all parties' counsel.

I note that Your Honor's standard paragraphs pertaining to reliance upon opinions of counsel and the *Daubert* joint agenda/teleconference (paragraphs 4 and 13, respectively, in the attached proposed order) were not addressed in the parties' joint status report or at the Rule 16 conference. We have proposed dates for the Court's consideration in paragraph 4. As for paragraph 13, since those dates are dependent upon the Court's calendar, we have left them blank so that Your Honor can add dates that are convenient for the Court.

Respectfully,

*/s/ Steven J. Balick*

Steven J. Balick

SJB/dmf
Attachment
167200.1

c:   Richard L. Horwitz, Esquire (via electronic mail; w/attachment)
     Jeffrey H. Dean, Esquire (via electronic mail; w/attachment)
     Sally Wiggins, Esquire (via electronic mail; w/attachment)