IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLACK & DECKER INC. and<br>BLACK & DECKER (U.S.) INC.,<br><br>    Plaintiffs and<br>    Counterclaim Defendants,<br><br>        v.<br><br>IRWIN INDUSTRIAL TOOL CO.,<br><br>    Defendant and<br>    Counterclaim Plaintiff. | )<br>)<br>)<br>)  C.A. No. 05-637-GMS<br>)<br>)  **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### REPLY OF IRWIN TO BLACK & DECKER'S
### COUNTERCLAIM REGARDING THE '034 PATENT

For its reply to the counterclaim of plaintiffs Black & Decker Inc. and Black & Decker (U.S.) Inc. (collectively, "Black & Decker"), defendant Irwin Industrial Tool Co. ("Irwin") states as follows:

**Jurisdiction and Venue**

32.   Admitted.

33.   Admitted.

34.   Admitted.

### Count I
### Declaratory Judgment
### of Noninfringement of the '034 Patent

35.   Admitted.

36.   Irwin admits that Black & Decker Inc. alleges that it is a Delaware corporation with its principal place of business in Towson, Maryland.

37.   Irwin admits that Black & Decker (U.S.) Inc. alleges that it is a Maryland corporation with its principal place of business in Towson, Maryland.

38. Admitted.

39. Denied.

## Count II
### Declaratory Judgment of Patent Invalidity of the '034 Patent

40. Irwin incorporates its answers to paragraphs 32-39 as if fully restated herein.

41. Denied.

## Prayer for Relief

WHEREFORE, Irwin respectfully requests that the Court grants the following relief:

A. Judgment against Black & Decker and in favor of Irwin that Black & Decker infringes U.S. Patent No. 6,935,034 B2;

B. Judgment against Black & Decker and in favor of Irwin that the claims of the U.S. patent No. 6,935,034 B2 are valid;

C. Judgment that Black & Decker shall pay to Irwin prejudgment interest for the period beginning when Black & Decker's infringement commenced;

D. If the facts demonstrate that Black & Decker's infringement was willful, judgment that Black & Decker shall pay to Irwin increased damages pursuant to 35 U.S.C. § 284;

E. Judgment that Black & Decker, its subsidiaries, successors, parents, affiliates, agents, servants, employees, and all persons acting in active concert with them, be permanently enjoined from further making, using selling, offering to sell, and importing products that infringe or contribute to or induce the infringement by others of, U.S. Patent No. 6,935,034 B2;

F. If the facts demonstrate that this is an exceptional case pursuant to 35 U.S.C. § 285, judgment that Black & Decker shall compensate Irwin for its attorneys' fees and costs incurred in prosecuting this action;

G. Judgment granting Irwin such further relief as this Court deems just and reasonable under the circumstances.

## JURY DEMAND

Pursuant to Fed.R.Civ.P. 38(b), Irwin hereby respectfully requests a trial by jury of all issues properly so triable.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Jeffrey H. Dean
Charles E. Juister
MARSHALL GERSTEIN & BORUN LLP
6300 Sears Tower
Chicago, Illinois 60606
Tel: (312) 474-6300

Dated: May 1, 2006
730115 / 29467

By: */s/ Richard L. Horwitz*
Richard L. Horwitz (#2246)
Kenneth L. Dorsney (#3726)
Hercules Plaza 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899
Tel: (302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

*Attorneys for Defendant/Counterclaim Plaintiff Irwin Industrial Tool Co.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on May 1, 2006, the attached document was hand-delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Steven J. Balick
John G. Day
Tiffany Geyer Lydon
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

I hereby certify that on May 1, 2006, I have Electronically Mailed the documents to the following non-registered participants:

Raymond P. Niro
Dean D. Niro
Sally Wiggins
Niro, Scavone, Haller & Niro
181 W. Madison Street, Suite 4600
Chicago, IL 60602
rniro@nshn.com
dniro@nshn.com
wiggins@nshn.com

By: /s/ Kenneth L. Dorsney
Richard L. Horwitz (#2246)
Kenneth L. Dorsney (#3726)
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

708673