# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLACK & DECKER, INC. and<br>BLACK & DECKER (U.S.) INC., | :<br>:<br>: |
| Plaintiffs, | :<br>: |
| v. | : Civil Action No. 05-637-GMS<br>: |
| IRWIN INDUSTRIAL TOOL CO., | :<br>: |
| Defendant. | : |

## ORDER

At Wilmington this **9th** day of **June, 2006,**

IT IS ORDERED that a teleconference has been scheduled to be held on **Monday, September 11, 2006 at 9:00 a.m.** to discuss the status of the case and the tentative mediation date. **Plaintiffs' counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE