IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLACK & DECKER INC. and <br> BLACK & DECKER (U.S.) INC., <br><br> Plaintiffs, <br><br> v. <br><br> IRWIN INDUSTRIAL TOOL CO., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 05-637-GMS <br> ) <br> ) <br> ) <br> ) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree to the dismissal, without prejudice, of all claims and counterclaims.

| ASHBY & GEDDES | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ Steven J. Balick* | */s/ Richard L. Horwitz* |
| _____ | _____ |
| Steven J. Balick (I.D. #2114) | Richard L. Horwitz (#2246) |
| John G. Day (I.D. #2403) | Kenneth L. Dorsney (#3726) |
| Tiffany Geyer Lydon (I.D. #3950) | Hercules Plaza, 6th Floor |
| 222 Delaware Avenue, 17th Floor | 1313 N. Market Street |
| P.O. Box 1150 | Wilmington, Delaware 19899 |
| Wilmington, DE 19899 | Phone: 302-984-6000 |
| 302-654-1888 | rhorwitz@potteranderson.com |
| sbalick@ashby-geddes.com | kdorsney@potteranderson.com |
| jday@ashby-geddes.com | |
| tlydon@ashby-geddes.com | *Attorneys for Defendant,* <br> *Irwin Industrial Tool Co.* |
| *Attorneys for Plaintiffs, Black & Decker Inc.* <br> *and Black & Decker (US) Inc.* | |

174045.1